**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
STEVEN BLAINE MILLER                           CASE NO:05-70514-HDH-13
KELLIE RENEE MILLER

_____

**TRUSTEE'S NOTICE OF ADDITIONAL OR AMENDED CLAIM FILED**
**AND INTENTION TO PAY ABSENT TIMELY OBJECTION**

_____

NOTICE IS HEREBY GIVEN of the following claim filed subsequent to the claims bar dates in the above referenced case.  It is the intention of the Chapter 13 Trustee, Walter O'Cheskey, to pay the additional or amended filed claim of the creditor named below and in the amounts and manner set forth below; according to U.S.C. 502(b)(9) *(See back for Explanation of Terms)

**NAME AND ADDRESS OF CREDITOR          AMOUNT**
INTERNAL REVENUE SERVICE                 $3122.66
PO BOX 21125
PHILADELPHIA PA  19114-
**Classification*:** Priority  CASE CONFIRMED
**Description:**     07 1305 INCOME TAXES ... NOT PROVIDED FOR IN PLAN
030/0/28/Y

_____

Pursuant to 11 U.S.C. 502(a) and Rule 3007, the additional or amended claim filed as stated above will be deemed allowed as set forth above, for purposes of distribution and shall be paid by the Trustee unless the debtor or other party in interest files with the Court in accordance with Rule 3007, an "Objection to Claim" within twenty-five (25) days of this notice.  A copy of the "Objection to Claim" must be served upon the undersigned and the Creditor whose claim is being objected to.  The absence of a timely written objection will be deemed by the Trustee as an approval by the Debtor(s) and other parties in interest of the additional or amended filed claim as recited above.

**DEBTOR ATTORNEY:**                    **TRUSTEE:**
MONTE J WHITE                           Walter O'Cheskey
ATTORNEY AT LAW                         Chapter 13 Trustee
1106 BROOK AVE HAMILTON PLACE           6308 Iola Avenue
WICHITA FALLS TX  76301-0000            Lubbock  TX  79424

I herein certify that a copy of this Notice was served upon the Debtor(s), Debtor's(s') Attorney, and Creditor listed above on this date by regular U.S. Mail postage prepaid, at their addresses shown on the original Petition herein, or by written Notice of change of address heretofore delivered to the Trustee.

DATED: 8/4/08                           /s/  Walter O'Cheskey
                                        **Walter O'Cheskey,Chapter 13 Trustee**
                                        **6308 Iola Avenue,**
                                        **Lubbock TX 79424**
                                        By:  BRENT

EXPLANATION OF TERMS

The following claims may not be Discharged per 11 U.S.C. 1328(a) unless:

1) Fully paid by the Debtor
2) Disallowed by Order on Objection to Claim
3) Subsequent withdrawal of the claim by the creditor
4) Debtor modifies the Plan to increase or extend payments to provide payment.  Please contact your attorney for legal advice

"SECURED / NOT PROVIDED IN PLAN" --  A secured claim has been filed, for which the Plan makes no provision.  This claim may be an amended claim including additional home arrearage or additional taxes not provided for in the Plan.  No payment will be made on this claim by the Trustee.  Payment of this claim is assumed outside the Plan, directly by the Debtor.

"PRIORITY / NOT PROVIDED IN PLAN" --  A priority claim has been filed, for which the Plan makes no provision.  This claim may be an amended claim for an amount greater than provided in the Plan. No payment will be made on this claim by the Trustee.  Payment of this claim is assumed outside the Plan, directly by the Debtor.

"PRIORITY / LATE FILED" – This claim will only be paid AFTER all TIMELY filed claims have been paid IN FULL and only to the extent funds are available.

"UNSECURED / LATE FILED" --  This claim will only be paid AFTER all TIMELY filed claims and any PRIORITY – LATE FILED claims have been paid IN FULL, and only to the extent funds are available.

STEVEN BLAINE MILLER
911 E IKARD

HENRIETTA TX  76365


KELLIE RENEE MILLER
911 E IKARD

HENRIETTA TX  76365


MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS TX  76301-0000


INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA PA  19114-